

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2014

No. 04-14-00207-CV

Peter **BARTON**,
Appellant

v.

Ana Lisa **GARZA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-308
Honorable Dick Alcala, Judge Presiding

# O R D E R

On March 31, 2014, the trial court clerk filed a clerk's record and a supplemental clerk's record in this appeal. Despite these filings, the clerk's record is incomplete. Specifically, the clerk's record fails to contain the live pleadings in this case. *See* TEX. R. APP. P. 34.5 (providing the clerk's record must include copies of "all pleadings on which the trial was held."). Under the Texas Rules of Appellate Procedure, an appellant is not required to designate the record. *See id.* Instead, Rule 34.5(a) lists the documents to be included in the clerk's record "[u]nless the parties designate the filings in the appellate record by agreement under Rule 34.2." TEX. R. APP. P. 34.5.

Rule 35.3 of the Texas Rules of Appellate Procedure further provides that the trial court clerk is responsible for preparing, certifying, and timely filing the clerk's record if (1) a notice of appeal has been filed, and (2) the party responsible for paying for the preparation of the record has paid the clerk's fee, has made satisfactory arrangements to pay the fee, or is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 35.3. When the clerk's record has not been filed because the appellant has failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, the trial court clerk may file a notification of late record explaining the reason for the failure to file the clerk's record.

We, therefore, ORDER the trial court clerk to file, **on or before May 30, 2014**, either (1) a supplemental clerk's record containing the live pleadings in this case, or (2) a notification of late record stating the reasons for the failure to file such a supplemental clerk's record.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2014.

Keith E. Hottle
Clerk of Court